# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

MARY LOUISE GILL,

    **Plaintiff,**

v.                                            Civil No.: **1:19cv00081-JMV**

COMMISSIONER OF
SOCIAL SECURITY,

    **Defendant.**

## ORDER DISMISSING CASE

This matter is before the Court on Plaintiff's Motion to Dismiss Appeal [16]. In support of the motion, Plaintiff essentially concedes there is no meritorious basis for this Social Security Appeal.

Pursuant to FED. R. CIV. P. 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." The undersigned, having been advised by counsel for Defendant that Defendant does not intend to oppose the motion, finds the motion should be, and the same is, hereby GRANTED. Accordingly, this case is dismissed pursuant to Rule 41(a)(2).

SO ORDERED this, the 3rd day of October, 2019.

                                                           /s/ Jane M. Virden
                                                           UNITED STATES MAGISTRATE JUDGE